**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

_____

|  |  |  |
|---|---|---|
| DANIELLE RUSSELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Case No.: 1:22-cv-00197-SM |
| | : | |
| RIVER VALLEY | : | |
| COMMUNITY COLLEGE, | : | |
| | : | |
| Defendant. | : | |

_____:

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between the above-named parties that all claims asserted or that could have been asserted in this action are dismissed with prejudice and without costs or attorneys' fees assessed against either party.

Dated: June 16, 2023

Respectfully submitted,

COLEMYERS, PLLC

/s/ *Carolyn K. Cole* _____
Carolyn K. Cole (NH Bar #14549)
18 Bank Street
Lebanon, NH 03766
(603) 448-6300
ccole@coleassociateslaw.com

*Attorney for plaintiff Danielle Russell*

Respectfully submitted,

DRUMMOND WOODSUM &
MCMAHON, PA.

Dated: June 16, 2023

*/s/ Meghan S. Glynn*
Mark T. Broth, NH Bar #279
Meghan S. Glynn, NH Bar #21168
1001 Elm Street, Suite 3033
Manchester, NH 03101
(603) 716-2895
mbroth@dwmlaw.com
mglynn@dwmlaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served through ECF this 16th day of June 2023 to all counsel of record.

/s/ *Carolyn K. Cole*_____
Carolyn K. Cole (NH Bar #14549)

2